RECEIVED
IN ALEXANDRIA, LA.

MAR – 7 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WILLIAM BAKER #28337-034          DOCKET NO. 12-CV-2562; SEC. P

VERSUS                            JUDGE JAMES T. TRIMBLE, JR.

WARDEN                            MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DENIED AND DISMISSED** because Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 7th day of March _____, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE